**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**ANDREW GUZIK, ESQ.**
Nevada Bar No. 12758
**BRANDON | SMERBER LAW FIRM**
139 East Warm Springs Road
Las Vegas, Nevada 89119
Office (702) 380-0007
Fax (702) 380-2964
*l.brandon@bsnv.law*
*a.guzik@bsnv.law*
*Attorneys for Defendant,*
*ALBERTSON'S, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MARY GERENDAY, | CASE NO.: 2:18-cv-00937-JCM-CWH |
| Plaintiff, | |
| v. | |
| ALBERTSON'S LLC; DOES 1-20 and ROE BUSINESS ENTITIES 1-20, | |
| Defendants. | |

### STIPULATION AND ORDER FOR DISMISSAL
### WITH PREJUDICE, LEAVING NO REMAINING PARTIES

IT IS HEREBY STIPULATED AND AGREED TO by the undersigned counsel of record that the above-entitled matter be dismissed with prejudice, leaving no remaining parties, each

///

///

///

///

///

party to bear their own attorney's fees and costs incurred herein, leaving no remaining parties in this matter.

DATED this 26th day of October, 2020.　　　　DATED this 26th day of October, 2020.

**BRANDON | SMERBER LAW FIRM**　　　　**THE COTTLE FIRM**

*/s/ Lew Brandon, Jr., Esq.*　　　　　　　　　*/s/ Matthew G. Holland, Esq.*
LEW BRANDON, JR., ESQ.　　　　　　　　ROBERT COTTLE, ESQ.
Nevada Bar No. 5580　　　　　　　　　　　Nevada Bar No. 4576
ANDREW GUZIK, ESQ.　　　　　　　　　MATTHEW G. HOLLAND, ESQ.
Nevada Bar No. 12758　　　　　　　　　　Nevada Bar No. 10370
139 E. Warm Springs Road　　　　　　　　8635 South Eastern Avenue
Las Vegas, NV  89119　　　　　　　　　　Las Vegas, NV  89123
*Attorneys for Defendant,*　　　　　　　　　*Attorneys for Plaintiff,*
*ALBERTSON'S LLC*　　　　　　　　　　　*MARY GERENDAY*

### ORDER

**IT IS HEREBY ORDERED** that the above-entitled matter be dismissed with prejudice, leaving no remaining parties, with each party to bear their respective attorney's fees and costs incurred.

**IT IS SO ORDERED** October 30, 2020.

_____
**UNITED STATES DISTRICT JUDGE**

*Respectfully submitted by:*

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*
LEW BRANDON, JR., ESQ.
Nevada Bar No. 5880
ANDREW GUZIK, ESQ.
Nevada Bar No. 12758
139 East Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*ALBERTSON'S LLC*